IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BRANCH BANKING AND TRUST )
COMPANY, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV418-245
 )
RICHARD ARTHUR FITZER, II, )
 )
    Defendant. )

# O R D E R

Before the Court is the parties' Stipulation of Dismissal without Prejudice. (Doc. 25.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITHOUT PREJUDICE**. As a result, Plaintiff's Motion for Leave of Court to Amend Complaint (Doc. 21) and Defendant's Request for Extension of Discovery and Other Related Deadlines (Doc. 22) are **DISMISSED AS MOOT**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 26th day of September 2019.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA